1118

No. 73–360. MOORE, GOVERNOR OF WEST VIRGINIA *v.* KELLY, TREASURER OF WEST VIRGINIA. Appeal from Sup. Ct. App. W. Va. dismissed for want of substantial federal question.

No. 73–384. HANDLER ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.

No. 73–630. TOWER PLAZA INVESTMENTS, LTD., ET AL. *v.* DEWITT ET AL. Appeal from Sup. Ct. Ariz. dismissed for want of substantial federal question.

No. 73–5360. NEWTON *v.* VIRGINIA. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 73–5261. BOSWELL *v.* ALABAMA. Appeal from Sup. Ct. Ala. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.